445 A.2d 499

**COMMONWEALTH of Pennsylvania**

v.

**Keith WASHINGTON, Appellant.**

Supreme Court of Pennsylvania.

Submitted April 16, 1982.

Decided May 25, 1982.

Richard E. Johnson, Philadelphia (Court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., Asst. Dist. Atty., Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## OPINION OF THE COURT

FLAHERTY, Justice.

Keith Washington appeals from judgment of sentence from a conviction of murder of the third degree and related weapons offenses following denial of post-trial motions. Appellant challenges the sufficiency of the Commonwealth's evidence to sustain a conviction of these charges, citing certain conflicts in the Commonwealth's evidence.

After a careful review of the record, we are of the opinion that appellant's argument is without merit.

Accordingly, we affirm.